UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr231(RNC) |
| | : | |
| v. | : | |
| | : | |
| ADAM SIEGEL | : | June 30, 2017 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE
INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

      The Government, on behalf of both parties, respectfully moves to suspend the presentence investigation and report and to continue all sentencing dates in this case for twelve months.

      Pursuant to a plea agreement, on March 11, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud. At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations. The defendant's sentencing is currently scheduled for September 19, 2017, with the first disclosure PSR due August 8, 2017.

      The Government has not yet concluded the investigations in which the defendant are cooperating. Indeed, trial in one of these matters has been scheduled by Judge Thompson for April 2018. *See United States v. Demos*, 3:16cr220(AWT), Scheduling Order [Dkt. #29]. Thus, the Government cannot yet fairly evaluate the scope and value of the defendant's cooperation in its investigations, as is necessary for his sentencing.

      Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and the sentencing schedule for twelve months.

- 2 -

For good cause shown, the Court previously continued the sentencing schedule in this case three times.   *See* Dkt. #27, 33 & 40.

Counsel for the defendant has reviewed and joins in this motion.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

HEATHER CHERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07037
heather.cherry@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT   06510
Tel.: (203) 821-3700

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/
                                      JONATHAN N. FRANCIS
                                      ASSISTANT UNITED STATES ATTORNEY