UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. 3:15cr0231 (RNC) |
| | : | |
| ADAM SIEGEL, | : | |
| | : | |
| Defendant. | : | |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Alvin W. Thompson . All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 3:15cr0231(AWT)

So ordered.

Dated at Hartford, Connecticut this 18th day of January 2018.


_____/s/ RNC_____
Robert N. Chatigny
United States District Judge