**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **USA** | : |
| | : |
| **v.** | : |
| | : CASE NO. 3:15-CR-231 (AWT) |
| **ADAM SIEGEL** | : |
| | : |

FILED 2018 FEB -2 A 10:32 DISTRICT COURT

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the <u>Honorable Stefan R. Underhill.</u>  All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Bridgeport</u> and bear the docket number <u>3:15-CR-231 (SRU )</u>.

So ordered.

Dated at Hartford, Connecticut, this 2nd day of February, 2018.

/s/ Judge Alvin W. Thompson
**Alvin W. Thompson**
**United States District Judge**