## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO.: 3:15cr231(SRU) |
| Plaintiff, | : | |
| v. | : | |
| ADAM SIEGEL, | : | |
| Defendant. | : | MAY 3, 2018 |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Adam Siegel, respectfully files this motion to modify the conditions of his release (Doc. Nos. 23, 31, 37).  Mr. Siegel is the 39 year old married father of four children.  He currently resides with his wife and four children in Greenwich, Connecticut.  Mr. Siegel is permitted to travel for work to certain enumerated countries, subject to certain conditions.   His work requires extensive international travel, including frequent travel to the Caribbean.  Through this motion Mr. Siegel respectfully requests that the Court allow Mr. Siegel to move to the Miami, Florida area.  Moving his family to Florida would mean that he could spend more time with his family while doing the travel necessary to maintain his employment.  Both U.S. Probation and the U.S. Attorney's Office consent to this request.

On December 21, 2015, Mr. Siegel entered a guilty plea pursuant to a plea agreement to Count One of the information charging him with a violation of 18 U.S.C. § 871.  On the same day, Mr. Siegel signed a cooperation agreement with the U.S. Attorney's Office.  For over two years, Mr. Siegel has complied with the conditions of his release.  Sentencing is set for September 19, 2017.  (Doc. No. 47).

Mr. Siegel is currently employed and is the sole provider for his family. Mr. Siegel is a citizen of the United States. He has lived in the United States his entire life. Prior to his guilty plea before this Court, he had no criminal history. He does not present a risk of flight.

As the Court is aware, Mr. Siegel travels for work, including extensive travel throughout the Caribbean. (Doc. Nos. 36 and 30). The Honorable Donna F. Martinez has ordered that Mr. Siegel is allowed to travel internationally, for work purposes only, to any country approved by U.S. Probation in advance. Moving his family to the Miami, Florida area would mean that he could spend more time with his family while doing the travel necessary for his work. Mr. Siegel would like to complete this move in advance of enrolling his children in school this September 2018. Mr. Siegel would cooperate with U.S. Probation to allow for his supervision in the Miami, Florida area consistent with the Court's orders.

## CONCLUSION

For the foregoing reasons, and with the consent U.S. Probation or the U.S. Attorney's Office, Mr. Siegel respectfully requests that the conditions of release be modified so as to allow him to move to the Miami, Florida area.

Respectfully Submitted,

By: /s/*Kathleen E. Dion*
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8346
Fax. (860) 275-8299
*kdion@rc.com*

Jonathan D. Polkes, *pro hac vice*
Christopher L. Garcia, *pro hac vice*
Raquel Kellert*, pro hac vice*
Weil, Gotshal & Manges, LLP
797 Fifth Avenue
New York, NY 10153
Tel. (212) 310 – 8264
Fax (212) 310 – 8007
*jonathan.polkes@weil.com;*
*christopher.garcia@weil.com*
*raquel.kellert@weil.com*
**Counsel for Mr. Siegel**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/*Kathleen E. Dion*
                                        Kathleen E. Dion (ct28605)