# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | DOCKET NO.: 3:15-cr-231 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ADAM SIEGEL, | : | |
| | : | |
| Defendant. | : | May 3, 2018 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel,

respectfully seeks leave of the Court to withdraw the appearance of Nuala E. Droney on behalf

of the defendant, Adam Siegel.  The defendant  will continue to be represented by Attorney

Kathleen E. Dion of Robinson & Cole, *inter alia,* who currently has an appearance on file in this

matter.  Notice of this filing is being sent contemporaneously to Adam Siegel.


Respectfully Submitted,


By:   /s/ Nuala E. Droney
       Nuala E. Droney (ct27192)
       Robinson & Cole LLP
       280 Trumbull Street
       Hartford, CT 06103
       Tel. (860) 275-8231
       Fax. (860) 275-8299
       Email: ndroney@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Nuala E. Droney___
Nuala E. Droney