UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr231(SRU) |
| | : | |
| v. | : | |
| | : | |
| ADAM SIEGEL | : | July 9, 2018 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE
INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

The Government, on behalf of both parties, respectfully moves to suspend the presentence investigation and report and to continue all sentencing dates in this case for three months.  The defendant's sentencing is currently scheduled for September 21, 2018, with the first disclosure PSR due August 10, 2018.

Pursuant to a plea agreement, on December 21, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud.  At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations.  The Government has not yet concluded the investigations in which the defendant is cooperating.  For instance, there is currently no date for the retrial before Judge Chatigny in *United States v. Shapiro*, 3:15cr155(RNC).  Thus, the Government cannot yet fairly evaluate the scope and value of the defendant's cooperation in its investigations, as is necessary for his sentencing.

Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and the sentencing schedule for three months.

- 2 -

For good cause shown, the sentencing schedule in this case has been continued four times. *See* Dkt. #27, 33, 40 & 46.

                                                              Respectfully submitted,

                                                              JOHN H. DURHAM
                                                              UNITED STATES ATTORNEY

                                                              _____/s/_____
                                                              JONATHAN N. FRANCIS
                                                              ASSISTANT UNITED STATES ATTORNEY
                                                              Federal Bar No. phv05083
                                                              jonathan.francis@usdoj.gov

                                                              HEATHER CHERRY
                                                              ASSISTANT UNITED STATES ATTORNEY
                                                              Federal Bar No. phv07037
                                                              heather.cherry@usdoj.gov

                                                              157 Church Street, 25th Floor
                                                              New Haven, CT   06510
                                                              Tel.: (203) 821-3700

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                JONATHAN N. FRANCIS
                                ASSISTANT UNITED STATES ATTORNEY