UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | FILE UNDER SEAL |
| v. | CRIMINAL ACTION NO.<br>3:15-cr-00231-SRU-1 |
| ADAM SIEGEL<br>Defendant. | July 13, 2018 |

## ORDER

The dates provided for on AO 246B, Order for a Presentence Investigation Report, are hereby suspended until further order of the court. The Assistant U.S. Attorney is Ordered to file a Notice that cooperation is completed or that sentencing can be scheduled.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of July, 2018.

/s/Stefan R. Underhill
Stefan R. Underhill
United States District Judge