# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

MICHAEL G. CONSIDINE
(212) 574-1334
considine@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 5, 2024

**VIA CM/ECF**

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
450 Main Street, Room 228
Hartford, Connecticut 06103

**Re: *United States v. Adam Siegel*, 3:15-cr-00231-RNC**

Dear Judge Chatigny:

The government wrongly asserts that Mr. Siegel breached his cooperation agreement in its untimely submission. *See* Government's Memorandum in Aid of Sentencing, ECF No. 95 at 3.

Since last Monday, when the government presented its request that Mr. Siegel meet with another prosecutor's office, he has taken steps to cooperate, notwithstanding significant procedural obstacles, some of which have already been resolved. He never refused to cooperate and never breached the agreement.

The government is also wrong when it states it sought a 30-day adjournment. In fact, it was an open-ended adjournment request of "at least 30 days." Government's Motion to Continue Sentencing, ECF No. 87 at 1, 2. Moreover, the cooperation agreement did not require that Mr. Siegel consent to all adjournments requested.

Significantly, since Mr. Siegel has taken various steps to cooperate both now and over the past nine years and has consented to numerous extensions during this period, it is the government––not Mr. Siegel—who breached the cooperation agreement.

Finally, please consider one final letter written in support from Scott Eichel, one of Mr. Siegel's supervisors from RBS, attached hereto as Exhibit A.

We look forward to the sentencing tomorrow morning.

          Respectfully submitted,

          *Michael Considine*
          Michael G. Considine

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Michael G. Considine
Michael G. Considine