# Exhibit A

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re: United States v. Adam Siegel, 3: 15 CR 231 (RNC)

August 2, 2024 (originally November 2018)

Dear Judge Chatigny,

I am writing this letter on behalf of Adam Siegel, in advance of his sentencing. I thought it would help to give some background of myself and my relationship to him, and examples that show what a truly good person he is. My experiences with him go back almost 20 years and although 16 of them were professional in nature, I also got to become incredibly close with Mr. Siegel on a personal level.

I thought it would be helpful to give some background about me professionally. As of this past August 2018, I am a Global Head of Securitized Products and a Managing Director at Barclays Capital Inc. Prior to that, I was on the buy side of the fixed income world at HPS Investment Partners as a Partner/Managing Director running the Securitized Credit Strategy and from August 2015-June 2017 I was a Partner and Portfolio Manager at Brevan Howard, focusing on trading US Asset-Backed and Mortgage Backed Securities. From 2008-2015, I was Managing Director and Global Head of Asset Backed Products and Credit Trading of RBS. There, I was responsible for overseeing and managing the banks $70 billion Global Asset-Backed and Credit Portfolios in the Investment Bank. Prior to RBS, I worked at Bear Stearns from 1997-2008 where I was a Senior Managing Director and Senior Trader rising to Co-Head of Mortgage-Backed and Asset-Backed Trading. I have a Bachelor of Arts Degree in Economics and Certificate in Markets and Management from Duke University (1997). I live in Scarsdale with my wife Kate and have 3 wonderful children (███ 12, ███████ 10 and ██████ 2).

It was in my time at Bear Stearns and RBS where I supervised and worked with Mr. Siegel. We worked very closely, and for most of our years together he reported directly to me. During my over 20 years in the business, I have managed and supervised over 500 employees. It is without any doubt that Adam Siegel was the most thoughtful and bright person who ever worked for me. Adam always had the highest integrity, both professionally and personally.

At RBS, where Mr. Siegel's crime occurred I was responsible for finding the original transgression of one of Adam's direct reports. Not once when confronted with any of these potential misrepresentations of his employee did Mr. Siegel ask us to look the other way nor did he ever have concern that he may have been involved with any crime.

At both Bear Stearns and RBS, Adam had the nickname "The Choir Boy". The reason for that was Adam would not tolerate any unethical behavior both professionally and personally. Adam made many improvements to our business from a Supervisory and Legal nature and would always include both legal and compliance departments to teach our colleagues different issues they were of concern in the marketplace. One example of that was when The Litvak case became public, Adam worked with compliance to institute a real time check of all traders communications from multiple systems. We could then cross reference their communications with actual trade information to make sure no misrepresentations were made. Until that time, we did not have the technological tools to check that misrepresentations were not being made. Adam's solution solved that and is to this day, still best in class. He would also role play real situations that faced Wall Street Traders and Sales People to make sure his subordinates knew the appropriate solutions.

Mr Siegel was one of the most charitable people I ever worked with, always giving both time and money to any cause his friends deemed worthy. Adam has a brother with terrible mental and physical handicap. Adam would always make time for his brother Giffy and was proud to introduce him to his friends and colleagues. Adam is a devoted Husband and Father. There were many situations where he could have been at a work function or social function that people deemed "more fun". When Adams children, wife and family would need him, he would drop what he was doing and make sure that he attended to their every need, even if it was at a cost to his career or own agenda.

A CEO from one of my former jobs once told me that "Sometimes actions that have gone on for decades that people assume are legal are reinterpreted over night and some really good people get caught in the Crossfire." Adam Siegel is truly one of the good people and that is why the situation he has been in is so upsetting. Of anybody I know, Adam would be the last person to do something improper.

It is my personal belief that Adam's management style of trying to cultivate friendships with his employees such as Matt Katke and to avoid conflict and confrontation may have clouded his otherwise good judgment and how he unfortunately became entwined in this crime.

I have a 18 year old and 16 year old daughter. To this day I hope when they grow up and if they choose to get married that they find a partner of Mr Siegel's integrity, warmth and altruism.

Most Sincerely,

*[signature]*

Scott Eichel