# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ADAM SIEGEL<br>               Defendant. | 3:15 cr. 231 (RNC)<br><br>August 5, 2024 |

## ADAM SIEGEL'S MOTION TO SEAL

Defendant Adam Siegel respectfully moves to seal portions of Exhibit A attached to his Letter to the Court. The portions redacted consist of confidential personal family information, namely that of minor children.

Dated:   New York, New York
           August 5, 2024

                                                      Respectfully submitted,

                                                      SEWARD AND KISSEL LLP
                                                      By: /s/ Michael G. Considine
                                                      Michael G. Considine
                                                      Matthew R. Armao
                                                      One Battery Park Plaza
                                                      New York, New York 10004
                                                      Tel. (212) 574-1200
                                                      Fax (212) 480-8421
                                                      considine@sewkis.com
                                                      armao@sewkis.com

                                                      *Attorneys for Defendant Adam Siegel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Michael G. Considine
Michael G. Considine